# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

134438

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

MELANIE LaSHAWN WARE,
    Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134438
COA: 270441
Wayne CC: 05-012382-01

_____/

On order of the Court, the application for leave to appeal the June 14, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

Clerk

t0917